# ELECTRONIC RECORD

COA #   01-13-00660-CR                    OFFENSE:   19.02 (Murder)

STYLE:  Treyvon Raymond Williams v. The
        State of Texas                     COUNTY:    Fort Bend

COA DISPOSITION:    AFFIRM                 TRIAL COURT:  400th District Court

DATE: 12/16/2014          Publish: NO     TC CASE #:   12-DCR-60402

# IN THE COURT OF CRIMINAL APPEALS

STYLE:  Treyvon Raymond Williams v. The
        State of Texas                     CCA #:  183-15

_____APPELLANT'S_____ Petition            CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:       DATE:    _____

_____REFUSED_____                         JUDGE:   _____

DATE: _04/01/2015_____                    SIGNED: _____        PC: _____

JUDGE: _____                    PUBLISH: _____       DNP: _____

---------------------------

                                          _____ MOTION FOR

                                          REHEARING IN CCA IS: _____

                                          JUDGE: _____

# ELECTRONIC RECORD